UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| JUDY ANN KRAHENBUHL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:12-CV-170-BO |
| | ) | |
| HYDE COUNTY SCHOOLS, | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant's motion to dismiss is GRANTED IN PART AND DENIED IN PART and this matter is DISMISSED IN ITS ENTIRETY. The clerk is DIRECTED to enter judgment accordingly.

**This Judgment Filed and Entered on March 20, 2013, and Copies To:**

Curtis H. Allen III (via CM/ECF Notice of Electronic Filing)
Judy A. Krahenbuhl (102 Fannin Mill Road, Manteo, NC 27954)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| March 20, 2013 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |